1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   STANLEY WARREN SLAUGHTER, Jr.,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-00341 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE AND ORDER THEREON |
| v. | |
| STANLEY WARREN SLAUGHTER, Jr.,, | Date: March 19, 2007 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAWRENCE W. RICE, Jr., Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Stanley Warren Slaughter, Jr., that the date for status conference in this matter may be continued to March 19, 2007.

It is also requested that a new motion briefing schedule be ordered.  It is requested that any motions may be filed by February 26, 2007; that any response or opposition may be filed by March 12, 2007; and that status conference and hearing on the motions may be set for March 19, 2007.  **The date currently set for status conference is February 12, 2007.  The requested new date is March 19, 2007.**

This request is made to allow time for further investigation and the filing of additional motions that may be appropriate.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

1 effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of additional
2 pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: February 8, 2007   By  /s/ Dawrence W. Rice, Jr.
DAWRENCE W. RICE, Jr.
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 8, 2007   By  /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Stanley Warren Slaughter, Jr.

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    February 9, 2007**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
and Set Motion Briefing Schedule

2